IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: MARC J. CHERNOFF | ) |
| **Debtor** | ) |
| | ) CHAPTER 13 |
| ACAR LEASING LTD | ) |
| d/b/a GM FINANCIAL LEASING | ) Case No.: 23-12983 (MDC) |
| **Moving Party** | ) |
| | ) |
| v. | ) |
| | ) |
| MARC J. CHERNOFF | ) |
| **Respondent** | ) |
| | ) |
| KENNETH E. WEST | ) |
| **Trustee** | ) |

### ORDER LIFTING THE AUTOMATIC STAY
### AS TO PERSONAL PROPERTY

Upon the motion of ACAR Leasing LTD d/b/a GM Financial Leasing, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is lifted as to the movant to pursue the movant's rights in the personal property described as a **2020 Cadillac XT6** bearing vehicle identification number 1GYKPCRS7LZ156668 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**It is further Ordered that this Order shall become effective immediately without regard to Bankr. R. 4001(a)(3).**

Date:  1/ 12/ 2024

*Magdeline D. Coleman*
_____
UNITED STATES BANKRUPTCY JUDGE